# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**FRANK H. REITH**

    vs.                             **CASE NUMBER: 5:08-CV-1034 (NPM/DEP)**

**UNITED STATES OF AMERICA**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion for Summary Judgment is GRANTED. The Complaint is DISMISSED in its entirety.  Judgment is entered in favor of the defendant and this action is closed.

All of the above pursuant to the order of the Honorable Senior Judge Neal P. McCurn, dated the 14th day of September, 2011.

DATED: September 14, 2011

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk